**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 794 MAL 2018
:
             Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
           v. :
:
:
CHRISTOPHER VINSON, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.